1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KATHERINE L. WAWRZYNIAK (CABN 252751)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7317
7      FAX: (415) 436-7234
       katherine.wawrzyniak@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )   No. CR 17-0626 RS
14                                     )
            Plaintiff,                 )   STIPULATION AND [PROPOSED]
15                                     )   ORDER CONTINUING MATTER AND
         v.                            )   EXCLUDING TIME UNDER THE
16                                     )   SPEEDY TRIAL ACT
   VICTOR MANUEL FRANCO, SR.,          )
17                                     )   Date: January 30, 2018 to April 17, 2018
            Defendant.                 )   Time: 2:30 p.m.
18                                     )

19                                **STIPULATION**

20       The parties appeared before the Honorable Richard Seeborg for a status conference on January

21  30, 2018. The government has made an initial production of discovery and anticipates making at least

22  one more production pursuant to the Protective Order (ECF 12). Counsel for defendant Franco is

23  reviewing the discovery produced by the government, and needs additional time to assess the case. At

24  the parties' request, the Court set a further status conference for April 17, 2018 at 2:30 p.m. The parties

25  stipulated, and the Court ordered, that time between January 30, 2018 and April 17, 2018, be excluded

26  for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

27       The parties further stipulate, and ask the Court to find, that the requested continuance and

28
STIP. AND PROPOSED ORD. CONT. & EXCL. TIME UNDER S.T.A.
CR 17-0626 RS                                  1

exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

DATED: January 31, 2018

ALEX G. TSE
Acting United States Attorney

/s/
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney

DATED: January 31, 2018

/s/
LARA KOLLIOS
Counsel for Defendant Franco

## [PROPOSED] ORDER

For the reasons stated, this matter is continued until April 17, 2018 at 2:30 p.m. The time between January 30, 2018 and April 17, 2018, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv). Failure to grant the continuance would deny the defendants' counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: 1/31/18

HONORABLE RICHARD SEEBORG
United States District Judge

STIP. AND PROPOSED ORD. CONT. & EXCL. TIME UNDER S.T.A.
CR 17-0626 RS                                             2