1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KATHERINE L. WAWRZYNIAK (CABN 252751)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7317
7      FAX: (415) 436-7234
       katherine.wawrzyniak@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )  No. CR 17-0626 RS
14                                     )
         Plaintiff,                    )  STIPULATION AND [PROPOSED]
15                                     )  ORDER CONTINUING MATTER AND
      v.                               )  EXCLUDING TIME UNDER THE
16                                     )  SPEEDY TRIAL ACT
   VICTOR MANUEL FRANCO, SR.,          )
17                                     )  Date: April 17, 2018 to June 26, 2018
         Defendant.                    )  Time: 2:30 p.m.
18                                     )

19                                **STIPULATION**

20      The parties appeared before the Honorable Richard Seeborg for a status conference on April 17,

21  2018. The government is continuing to produce discovery to defendant. Counsel for defendant Franco

22  is reviewing the discovery, and needs additional time to assess the case. At the parties' request, the

23  Court set the matter for change of plea on June 26, 2018 at 2:30 p.m. The parties stipulated, and the

24  Court ordered, that time between April 17, 2018 and June 26, 2018, be excluded for effective

25  preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

26      The parties further stipulate, and ask the Court to find, that the requested continuance and

27  exclusion of time are in the interests of justice and outweigh the best interest of the public and the

28
STIP. AND PROPOSED ORD. CONT. & EXCL. TIME UNDER S.T.A.
CR 17-0626 RS                                1

defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

DATED: April 17, 2018

ALEX G. TSE
Acting United States Attorney

/s/
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney

DATED: April 17, 2018

/s/
LARA KOLLIOS
Counsel for Defendant Franco

# [~~PROPOSED~~] ORDER

For the reasons stated, this matter is continued until June 26, 2018, at 2:30 p.m. The time between April 17, 2018 and June 26, 2018, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv). Failure to grant the continuance would deny the defendants' counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: 4/18/18

HONORABLE RICHARD SEEBORG
United States District Judge