ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KATHERINE L. WAWRZYNIAK (CABN 252751)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7317
    FAX: (415) 436-7234
    katherine.wawrzyniak@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-0626 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER REQUESTING CRIMINAL HISTORY ONLY REPORT |
| v. | |
| VICTOR MANUEL FRANCO, SR., | |
| Defendant. | |

## STIPULATION

This matter is currently set for change of plea on June 26, 2018, at 2:30 p.m. The parties are in agreement that it would be helpful to know how U.S. Probation calculates the defendant's Criminal History Category under USSG § 4A1.1, as there are some ambiguities based on defendant's rap sheet. Therefore, the parties jointly request that the Court direct U.S. Probation to prepare a pre-plea modified presentence investigation report limited to the defendant's criminal history.

Government counsel consulted with U.S. Probation and was advised that it will take approximately 30 days to prepare the requested report. The parties therefore request that the criminal history report be completed by June 14, 2018, which is approximately 35 days from the date of this

Stipulation.

IT SO STIPULATED.

DATED: May 10, 2018

ALEX G. TSE
Acting United States Attorney

/s/
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney

DATED: May 10, 2018

/s/
LARA KOLLIOS
Counsel for Defendant Franco

# [~~PROPOSED~~] ORDER

Based on the parties' stipulation and for good cause shown, U.S. Probation is hereby directed to prepare a modified presentence investigation report limited to defendant Victor Manuel Franco, Sr.'s criminal history. The modified report shall be completed by Thursday, June 14, 2018.

IT IS SO ORDERED.

DATED: 5/11/18

HONORABLE RICHARD SEEBORG
United States District Judge

STIP. AND PROPOSED ORD. RE CRIM. HIST. RPT.
CR 17-0626 RS                                  2