BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorney for Defendant
VICTOR MANUEL FRANCO, SR.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-0626-RS |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CHANGE OF PLEA HEARING** |
| v. | |
| VICTOR MANUEL FRANCO, SR., | Date: June 26, 2018 |
| Defendant. | Time: 2:30 p.m. |
| | Judge: Richard Seeborg |

The above-captioned matter is scheduled for a change of plea hearing on June 26, 2018 before this Court. The parties hereby stipulate to continue the change of plea hearing to July 17, 2018, at 2:30 p.m.

The reason for the continuance is that new information has come to light. First, the government recently produced laboratory reports regarding the net weight of some of the controlled substances at issue. Based on the net weights, a superseding information may be filed. Second, on June 19, 2018, the parties received the requested Pre-Plea Criminal History Investigation Report. In addition, due to recent travel schedules, workload, and Mr. Franco's incarceration in Santa Rita, defense counsel has not been able to adequately communicate with Mr. Franco and thus will require additional time to confer with defendant regarding new discovery before proceeding.

The parties further stipulate, and ask the Court to find, that excluding time between June 26 2018 and July 17, 2018 is in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: June 21, 2018

/s/ Lara Kollios
Lara Kollios
Attorney for Defendant
Victor Manuel Franco, Sr.


/s/ Katherine Wawrzyniak
Katherine Wawrzyniak
Assistant U.S. Attorney


# [PROPOSED] ORDER

Based on the stipulation between the parties in this case, IT IS ORDERED that the change of plea hearing in this case currently scheduled for June 26, 2018 at 2:30 p.m. is continued to July 17, 2018 at 2:30 p.m.

IT IS FURTHER ORDERED that the time period between June 26, 2018 and July 17, 2018 is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv). Failure to grant the continuance would deny the defendants' counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.

IT IS SO ORDERED:


Dated: June 21 , 2018

_____
HONORABLE RICHARD SEEBORG
United States District Judge