BOERSCH SHAPIRO LLP
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorney for Defendant
VICTOR MANUEL FRANCO, SR.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VICTOR MANUEL FRANCO, SR., <br><br> Defendant. | Case No. 17-cr-0626-RS <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING** <br><br> Date: October 2, 2018 <br> Time: 2:30 p.m. <br> Judge: Richard Seeborg |

The above-captioned matter is scheduled for a sentencing hearing on October 2, 2018 before this Court. The parties hereby respectfully request and stipulate to continue the sentencing hearing to October 16, 2018, at 2:30 p.m. The reason for the requested continuance is a scheduling conflict between Probation and defense counsel regarding the presentence interview and investigation report. The presentence interview is currently scheduled for September 6, 2018. Counsel for the government has no objection and Probation approves this request.

Dated: August 24, 2018

*/s/ Lara Kollios*
Lara Kollios
Attorney for Defendant
Victor Manuel Franco, Sr.


*/s/ Katherine Wawrzyniak*
Katherine Wawrzyniak
Assistant U.S. Attorney

**[~~PROPOSED~~] ORDER**

Based on the stipulation between the parties in this case, IT IS ORDERED that the sentencing hearing in this case currently scheduled for October 2, 2018 at 2:30 p.m. is continued to October 16, 2018 at 2:30 p.m.

IT IS SO ORDERED:

Dated: August 29, 2018

_____
HONORABLE RICHARD SEEBORG
United States District Judge