BOERSCH SHAPIRO LLP
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorney for Defendant
VICTOR MANUEL FRANCO, SR.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MANUEL FRANCO, SR.,<br><br>Defendant. | Case No. 17-cr-0626-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING**<br><br>Date: October 16, 2018<br>Time: 2:30 p.m.<br>Judge: Richard Seeborg |

The above-captioned matter is scheduled for a sentencing hearing on October 16, 2018 before this Court. The parties hereby respectfully request and stipulate to continue the sentencing hearing to November, 6 2018, at 2:30 p.m. This is the second request to continue the sentencing and the reason for the requested continuance is scheduling conflicts between Probation and defense counsel regarding the presentence interview and corresponding investigation report. Counsel for the government has no objection and Probation approves this request.

Dated: September 11, 2018

*/s/ Lara Kollios*
Lara Kollios
Attorney for Defendant
Victor Manuel Franco, Sr.


*/s/ Katherine Wawrzyniak*
Katherine Wawrzyniak
Assistant U.S. Attorney

**[~~PROPOSED~~] ORDER**

Based on the stipulation between the parties in this case, IT IS ORDERED that the sentencing hearing in this case currently scheduled for October 16, 2018 at 2:30 p.m. is continued to November 6, 2018 at 2:30 p.m.

IT IS SO ORDERED:

Dated: September  12 , 2018

_____
HONORABLE RICHARD SEEBORG
United States District Judge